OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP. 02. 2015.

8/27/2015
LOVETT, LAMAR          Tr. Ct. No. D-1-DC-10-904094-C          WR-76,670-06
On this day, this Court has dismissed applicant's "MOTION TO MAKE A RULEING ON 11.07".

Abel Acosta, Clerk

RETURN TO SENDER
[] NEED BOOKING #/DOB
[] INMATE NO LONGER HERE
[] ILLEGIBLE WRITING
[] NEED INMATE FULL NAME
[] NOT ACCEPTED-NO RETURN ADDRESS

LAMAR LOVETT
TRAVIS CO. CORR. CEN - TDC # 1687455
3614 BILL PRICE RD.
DEL VALLE, TX 78617

REF

N3B 78617